# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AMRUTBHAI PATEL, and NILABEN
PATEL,                              :     C.A. No.
                                    :                   – 0 8 – 9 4
           Plaintiffs,              :     Jury Demand
                                    :
      v.                            :
                                    :
UNITED AIR LINES, INC., a           :
Delaware corporation,               :
                                    :
           Defendant.               :

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant, United Air Lines, Inc., hereby removes

this action from the Superior Court of the State of Delaware in and for Kent County to the United

States District Court for the District of Delaware and in support thereof, Defendant states as

follows:

1.     Plaintiffs, Amrutbhai Patel and Nilaben Patel ("Plaintiffs") filed a Complaint

against United Air Lines, Inc. ("Defendant") in the Superior Court of the State of Delaware in

and for Kent County, C.A. No.:08C-01-028, on January 16, 2008. Plaintiffs' Complaint alleged

a cause of action for breach of contract, negligence, and willful, wanton and outrageous conduct.

A copy of the Complaint is attached hereto as Exhibit A.

**Basis for Removal**

2.     There is jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 (b)

because Plaintiffs' Complaint is founded on claims arising under the laws of the United States.

Specifically, The Montreal Convention, or the Convention for the Unification of Certain Rules

1

for International Carriage by Air (28 May 1999) applies to the present action.

      3.      In the Compliant, Plaintiffs' allege the following:

- In Paragraph 3 of the Complaint, Plaintiffs allege that on July 17, 2007, Plaintiff had purchased tickets and entered into a transportation contract with Defendant to be transported on flight UA 836 from Shanghai, Pu Dong (PVG) to Chicago, Illinois, O'Hare (ORD), which contract included furnishing Plaintiffs and other members of their group with Hindu meals. . ."

- In Paragraphs 4 and 5 of the Complaint, Plaintiffs allege that they were not offered Hindu meals and allege they were treated with "negligent, wilful and wanton conduct by the flight attendants. . ."

- Plaintiffs demand judgment against Defendants seeking damages for breach of contract, negligence, willful, wanton and outrageous conduct.

      4.      The Warsaw Convention, as well as the Montreal Convention (Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal May 28, 1999) governs the rights of passengers injured on international flights. *El Al Isr. Airlines, Ltd. v. Tseng,* 525 U.S. 155, 161 (1999). The purpose of the Warsaw Convention is to achieve uniformity of rules governing claims arising from international air transportation. 49 U.S.C.A. § 40105. The two conventions have "substantially the same preemptive effect." *Paradis v. Ghana Airways Ltd.,* 348 F. Supp.2d 106, 111 (S.D.N.Y. 2004) *aff'd,* 2006 U.S. App. WESTLAW 2456499 (2d. Cir. August 18, 2006).

      5.      The claims alleged in Plaintiffs' Complaint are preempted by the Montreal

Convention (Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal May 28, 1999).

**Procedural Requirement for Removal**

6.    Defendant was served with the complaint on January 25, 2008.

7.    This Notice of Removal is being filed within 30 days of the Defendant receiving notice of the action as required by 28 U.S.C. § 1446(b).

8.    Copies of all process, pleadings, and orders served upon Defendant are attached to this Notice of Removal as Exhibit B as required by 28 U.S.C. § 1446(a).

9.    Pursuant to 28 U.S.C. § 1441(a) this action is being removed to the district court of the United States for the district and division embracing the place where such action is pending.

10.    A copy of this notice of this removal will be filed with Superior Court of the State of Delaware in and for Kent County pursuant to 28 U.S.C. § 1446(d).

11.    A copy of this notice will be provided to Plaintiffs as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, United Air Lines, Inc. respectfully remove this action, C.A. No. 8C-01-028 from Superior Court of the State of Delaware in and for Kent County pursuant to 28 U.S.C. 1441.

TIGHE & COTTRELL, P.A.


*Melissa L. Rhoads*

Melissa L. Rhoads, Esq. (DE ID # 4906)
Paul Cottrell, Esq. (DE ID # 2391)
704 King Street, Suite 500
One Customs House
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400

Dated: February 13, 2008

4

# EXHIBIT A

EFiled: Jan 16 2008 9:51...
Transaction ID 18081923
Case No. 08C-01-028 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

AMRUTBHAI PATEL, and NILABEN     *
PATEL,                           *
                                 *
                                 *    C.A. No.:
            Plaintiffs,          *
                                 *    ARBITRATION CASE
      v.                         *
                                 *    **COMPLAINT**
UNITED AIR LINES, INC., a        *
Delaware corporation,            *    TRIAL BY JURY DEMANDED
                                 *
            Defendant.           *

    1.   Plaintiffs are Amrutbhai Patel and Nilaben Patel, who reside at 131 Dodge Drive, Smyrna, Kent County, Delaware.

    2.   Defendant is United Air Lines, Inc., a Delaware corporation, its resident agent being Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. At all times pertinent hereto, Defendant owned and operated airlines engaged in contract transportation of customers throughout the world.

    3.   On July 17, 2007, Plaintiffs had purchased tickets and entered into a transportation contract with Defendant to be transported on flight UA 836 from Shanghai, Pu Dong (PVG) to Chicago, Illinois, O'Hare (ORD), which contract included furnishing Plaintiffs and other members of their group with Hindu meals more particularly described on Defendants' statement of religious diets. The meal reservation list is attached designated Exhibit "A". Defendant's religious diet statement is attached designated Exhibit "B".

    4.   When Defendant's flight attendants started serving meals to customers on the airplane, Hindu meals were not served to

Plaintiffs and other members of their group. When Plaintiffs informed Defendant's employees that they could not eat the meals offered because they were not Hindu meals, Plaintiffs were told by Defendant's employees that they could not have any meals or food of any nature whatsoever other than what had been offered throughout the entire flight. The Plaintiffs did not receive the Hindu meals as contracted for, which contract was breached by Defendant and its employees.

5.    When Plaintiffs stated that they could not eat the meals offered since they were not Hindu meals, they were treated with the following negligent, wilful and wanton conduct by the flight attendants, which caused fear and severe emotional distress to Plaintiffs, which conduct was as follows:

a)    The head female flight attendant instructed the other attendants that Plaintiffs and no member of their group was to receive any food or alternate for the remainder of the 12 hour trip despite the fact that other passengers were offered and received fresh fruit and bread;

b)    The head female flight attendant threatened to have the airplane diverted to Tokyo, Japan, where Plaintiff Amrutbhai Patel would be taken off, where his passport would be taken from him and he would be arrested;

c)    The head female flight attendant threatened Plaintiff Amrutbhai Patel that he would be arrested and investigated by the Federal Bureau of Investigation once the aircraft arrived in Chicago, Illinois;

d)    The head female flight attendant, throughout the flight, referred to Plaintiffs and their group as "these people" and threatened to have anyone arrested who said anything about the situation;

e)    Plaintiff Nilaben Patel was required to take antibiotics because of her health condition at the time and she was unable to take her required antibiotics throughout the entire flight because the medication could not be taken without food.

6.    Plaintiffs not only suffered the inconvenience and deprivation of having food throughout the entire 12 hour flight, but also suffered severe emotional distress and fear that the head female flight attendant, an employee of Defendant, would carry out her threats, having Plaintiffs arrested and investigated once they reached Chicago or being handcuffed or otherwise restrained during the entire flight.    The conduct of the flight attendants toward Plaintiffs was readily apparent to all members of the flight in the immediate vicinity and was highly embarrassing and distressing to Plaintiffs and all members of the group, which conduct was intentional, reckless, wanton and outrageous and resulted in severe emotional distress to Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages of breach of contract, negligence, and willful, wanton and outrageous conduct for damages generally, costs and interest.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. #356
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
302-674-0140
Attorney for Plaintiff

DATED: 01-16-08
NHR:cef

# EXHIBIT B

**united.csc**

O8CT4714

From:    sop@cscinfo.com
Sent:    Friday, January 25, 2008 4:41 PM
To:      united.csc
Subject: Notice of Service of Process

JAN 2 8 2008

WHOLD

## Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process
documents now.
For more information on instant access to your SOP, click Sign Me Up.*

### NOTICE OF SERVICE OF PROCESS

Transmittal Number: 5561162
Date: 01/25/2008

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process.
The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | United Air Lines, Inc. |
| **Entity I.D. Number:** | 0115287 |
| **Entity Served:** | United Air Lines, Inc. |
| **Title of Action:** | Amrutbhai Patel vs. United Air Lines, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Kent Superior Court, Delaware |
| **Case Number:** | 08C-01-028 JTV |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 01/25/2008 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Plaintiff's Attorney:**
Nicholas H. Rodriguez
302-674-0140

**Primary Contact:**
Kim Niebuhr
UAL Corporation (United Airlines)

1/28/2008

**Copy of transmittal only provided to:**
Sarah Voss

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.incspot.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882  |  sop@cscinfo.com

1/28/2008

EFiled: Jan 16 2008 9:51A
Transaction ID 18081923
Case No. 08C-01-028 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

AMRUTBHAI PATEL, and NILABEN         *
PATEL,                                *
                                      *
              Plaintiffs,             *     C.A. No.:
                                      *
      v.                              *
                                      *
UNITED AIR LINES, INC., a             *
Delaware corporation.                 *
                                      *
              Defendant.              *     SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF NEW CASTLE COUNTY:
YOU ARE COMMANDED:

      To summon the above named defendant, UNITED AIR LINES, INC.
(last known resident agent address being Corporation Service
Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware
19808) so that, within 20 days after service hereof upon
defendant, exclusive of the day of service, defendant shall serve
upon **Nicholas H. Rodriguez, Esquire**, plaintiff's attorney, whose
address is **P.O. Box 497, 414 South State Street, Dover, Delaware
19901**, an answer to the complaint (and, if an affidavit of demand
has been filed, an affidavit of defense).

      To serve upon defendant a copy hereof and of the complaint
(and of the affidavit of demand if one has been filed by
plaintiff).

Dated: 1/17/08                        LISA M. ROBINSON
                                      Prothonotary

                                      Per: Deputy

TO THE ABOVE NAMED DEFENDANT:

      In case of your failure, within 20 days after service hereof
upon you, exclusive of the day of service, to serve on plaintiff's
attorney named above an answer to the complaint (and, if an
affidavit of demand has been filed, an affidavit of defense),
judgment by default will be rendered against you for the relief
demanded in the complaint (or in the affidavit of demand, if any).

1/17/08
                                      Prothonotary

                                      Per: Deputy

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT Jan 16 2008 9:51A
                                              Transaction ID 18081923

COUNTY:    N  (X)   S                CIVIL ACTION NUMBER: Case No. 08C-01-028 JTV

CIVIL CASE CODE: ___CDBT___          CIVIL CASE TYPE:   Breach of Contract
                                     (SEE REVERSE SIDE FOR CODE AND TYPE)

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| AMRUTBHAI PATEL and | AMRUTBHAI & NILABEN PATEL, PLTFS |
| NILABEN PATEL, | |
| Plaintiffs, | |
| | DOCUMENT TYPE:  (E.G., COMPLAINT: ANSWER WITH COUNTERCLAIM) |
| vs. | |
| UNITED AIR LINES, INC., a | Complaint |
| | Non-Arbitration ___ |
| Delaware corporation, | (Certificate of Value may be required) |
| Defendant. | Arbitration √ Mediation ___ Neutral Assessment ___ |
| | DEFENDANT (CIRCLE ONE)   ACCEPT    REJECT |
| | JURY DEMAND  YES  √   NO ___ |
| | TRACK ASSIGNMENT REQUESTED (CIRCLE ONE) |
| | (EXPEDITED)    STANDARD    COMPLEX |
| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE |
| Nicholas H. Rodriguez, Esquire | SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER |
| ATTORNEY ID (S):      356 | INCLUDING JUDGE'S INITIALS |
| FIRM NAME: | |
| SCHMITTINGER & RODRIGUEZ, P.A. | |
| ADDRESS: | |
| 414 SOUTH STATE STREET | EXPLAIN THE RELATIONSHIP(S): |
| P.O. BOX 497 | |
| DOVER, DE 19903-0497 | |
| TELEPHONE NUMBER: | |
| 302-674-0140 | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| FAX NUMBER: | |
| 302-674-1830 | |
| E-MAIL ADDRESS: | |
| nrodriguez@schmittrod.com | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN
THIS MATTER FOR SERVICES UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE
TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL
OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled: Jan 16 2008 9:51 EST
Transaction ID 18081923
Case No. 08C-01-028 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

```
AMRUTBHAI PATEL, and NILABEN          *
PATEL,                                *
                                      *    C.A. No.:
              Plaintiffs,             *
                                      *    ARBITRATION CASE
      v.                              *
                                      *    COMPLAINT
UNITED AIR LINES, INC., a             *
Delaware corporation,                 *    TRIAL BY JURY DEMANDED
                                      *
              Defendant.              *
```

1.    Plaintiffs are Amrutbhai Patel and Nilaben Patel who reside at 131 Dodge Drive, Smyrna, Kent County, Delaware.

2.    Defendant is United Air Lines, Inc., a Delaware corporation, its resident agent being Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. At all times pertinent hereto, Defendant owned and operated airlines engaged in contract transportation of customers throughout the world.

3.    On July 17, 2007, Plaintiffs had purchased tickets and entered into a transportation contract with Defendant to be transported on flight UA 836 from Shanghai, Pu Dong (PVG) to Chicago, Illinois, O'Hare (ORD), which contract included furnishing Plaintiffs and other members of their group with Hindu meals more particularly described on Defendants' statement of religious diets. The meal reservation list is attached designated Exhibit "A". Defendant's religious diet statement is attached designated Exhibit "B".

4.    When Defendant's flight attendants started serving meals to customers on the airplane, Hindu meals were not served to

Plaintiffs and other members of their group. When Plaintiffs informed Defendant's employees that they could not eat the meals offered because they were not Hindu meals, Plaintiffs were told by Defendant's employees that they could not have any meals or food of any nature whatsoever other than what had been offered throughout the entire flight. The Plaintiffs did not receive the Hindu meals as contracted for, which contract was breached by Defendant and its employees.

5.    When Plaintiffs stated that they could not eat the meals offered since they were not Hindu meals, they were treated with the following negligent, wilful and wanton conduct by the flight attendants, which caused fear and severe emotional distress to Plaintiffs, which conduct was as follows:

a)    The head female flight attendant instructed the other attendants that Plaintiffs and no member of their group was to receive any food or alternate for the remainder of the 12 hour trip despite the fact that other passengers were offered and received fresh fruit and bread;

b)    The head female flight attendant threatened to have the airplane diverted to Tokyo, Japan, where Plaintiff Amrutbhai Patel would be taken off, where his passport would be taken from him and he would be arrested;

c)    The head female flight attendant threatened Plaintiff Amrutbhai Patel that he would be arrested and investigated by the Federal Bureau of Investigation once the aircraft arrived in Chicago, Illinois;

d)     The head female flight attendant, throughout the flight, referred to Plaintiffs and their group as "these people" and threatened to have anyone arrested who said anything about the situation;

e)     Plaintiff Nilaben Patel was required to take antibiotics because of her health condition at the time and she was unable to take her required antibiotics throughout the entire flight because the medication could not be taken without food.

6.     Plaintiffs not only suffered the inconvenience and deprivation of having food throughout the entire 12 hour flight, but also suffered severe emotional distress and fear that the head female flight attendant, an employee of Defendant, would carry out her threats, having Plaintiffs arrested and investigated once they reached Chicago or being handcuffed or otherwise restrained during the entire flight.  The conduct of the flight attendants toward Plaintiffs was readily apparent to all members of the flight in the immediate vicinity and was highly embarrassing and distressing to Plaintiffs and all members of the group, which conduct was intentional, reckless, wanton and outrageous and resulted in severe emotional distress to Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages of breach of contract, negligence, and willful, wanton and outrageous conduct for damages generally, costs and interest.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____

NICHOLAS H. RODRIGUEZ, ESQUIRE
Bar I.D. #356
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
302-674-0140
Attorney for Plaintiff

DATED: 01-16-08
NHR:cef

AMRUTBHAI PATEL
NILABEN PATEL
NATWARLAL RAMANI
SUNNY PARMAR
RASIK PARMAR
PRAGNA PARMAR

*SAIKSANJH.
SBA. IC*

*CONFIRM HUDDU*
EFiled: Jan 16 2008 9:51AM EST
Transaction ID 18081923
Case No: 08C-01-028 JTV

*VEGETARI*

*FOR ALL THIS*

*LIST*

Reservation Code: YR3XHB

*IN BACK*

| | |
|---|---|
| Thu, Jul 5: | **UNITED AIRLINES, UA 883** |

From: Philadelphia, PA(PHL)

Departure Terminal: TERMINAL DOM                    Departs:906A

To: Chicago, IL -OHare(ORD)                          Arrives:1024A

Arrival Terminal: TERMINAL 1

Flight Time:

Mileage:                                             Smoking:No

| | |
|---|---|
| Thu, Jul 5-Fri, Jul 6: | **UNITED AIRLINES, UA 851** |

From: Chicago, IL -OHare(ORD)

Departure Terminal: TERMINAL 1                       Departs:1246P

To: Beijing Airport(PEK)                             Arrives:300P+1

Arrival Terminal: N/A

Flight Time:

Mileage:                                             Smoking:No

| | |
|---|---|
| Tue, Jul 17: | **UNITED AIRLINES, UA 836** |

From: Shanghai Pu Dong(PVG)

Departure Terminal: TERMINAL 1                       Departs:345P

To: Chicago, IL -OHare(ORD)                          Arrives:355P

Arrival Terminal: TERMINAL 5

Flight Time:

Mileage:                                             Smoking:No

| | |
|---|---|
| Tue, Jul 17: | **UNITED AIRLINES, UA 330** |

*Exhibit "A"*

From: Chicago, IL.-OHare(ORD)

Departure Terminal: TERMINAL 1

To: Philadelphia, PA(PHL)

Arrival Terminal: TERMINAL DOM

Flight Time:

Mileage:

Departs:735P

Arrives:1051P

Smoking:No

## Ticket Receipt

| Reservation Code | Passenger | Ticket Number | Airline |
|---|---|---|---|
| 4GILR6 | PATELBALVANT | 7026161558 | UA |
| 4GILR6 | PATELKUSUM | 7026161559 | UA |
| YR3XHB | PARMARSUNNY | 7026940921 | UA |
| YR3XHB | PARMARRASIK | 7026940923 | UA |
| YR3XHB | PARMARPRAGNA | 7026940925 | UA |
| YR3XHB | PATELAMRUTBHAI | 7026940927 | UA |
| YR3XHB | PATELNILABEN | 7026940929 | UA |
| YR3XHB | RAMANINATWARLAL | 7026940931 | UA |
| YR7HQA | RAMANIKAILASH | 7026940933 | UA |
| YRSGMN | PATELKISHOR | 7026940951 | UA |
| YRSGMN | PATELLALI | 7026940953 | UA |
| YRSGNG | SHAHMANOJ | 7026161580 | UA |
| YRSGNG | SHAHSMITA | 7026161581 | UA |
| ZLCOA3 | PATELRAHUL | 7026940955 | UA |
| ZWINS9 | RAMANIKEVIN | 7026940917 | UA |

HINDU VEGETARION MEAL FOR ALL THIS PEOPLE IN THIS LIST. ALSO CONFIRM AIRLINE

*☶* **U N I T E D**

EFiled: Jan 16 2008 9:51␣␣EST
Transaction ID 18081923
Case No. 08C-01-028 JTV

Home > Services & Information > In-flight services > Meal and beverage service > Special meals > Religious diets

# Religious diets

### Hindu meals
United's Hindu meals are pure vegan meals that do not
include meat, fish, eggs or dairy products.

### Prohibited
Beef, beef products/meat exchange, veal, eggs, cheese
and dairy products, lamb, pork, fish and seafood,
chicken/fowl

### Allowed
Rice, fresh fruits and vegetables, starches, corn, herbs
and spices, tofu, dried beans and peas

### Kosher meals
We purchase all kosher meals from a certified kosher
vendor. They are prepared under rabbinical supervision
and wrapped and sealed accordingly. During Passover we
serve only kosher for Passover meals to customers who
request kosher meals. United® is working closely with
Heart Smart Restaurants International to develop healthier
choices for our kosher customers.

### Prohibited
Pork, sausages, cured meats, shellfish, rabbit meat

### Allowed
Poultry, beef, lamb, liver, sweetbreads, eggs, cheese and
dairy products, flour ingredient products, fresh fruits and
vegetables, sugars and preservatives, potatoes, rice,
herring and fish with scales

### Muslim meals
Below are the guidelines United follows when preparing
Muslim meals.

### Prohibited
Pork, sausages, alcohol, eel, animal fats

### Allowed
Fresh fruits and vegetables, yogurt, nuts, rice, corn, pasta,
eggs, herbs and spices, cheese and dairy products, dried
beans and peas. If locally available, poultry is slaughtered
according to the specified Halal methods.

Goals and policies

*United Airlines*
*Customer Relations*
*PO Box 66100*
*Chicago Ill 60666*

**Exhibit "B"**



## How can I contact Customer Relations?

If you have questions about future travel (a reservation, seat issues, etc.), please contact United Reservations. You may also visit Services & Information for assistance and information prior to your trip.

**Contact United Customer Relations with:**

- Praise or compliments
- Comments or feedback
- Complaints
- Questions regarding past date travel

**Phone**
1-877-228-1327
Available 8 a.m.-7 p.m. CST Mon-Fri

Email: Customer Relations

To help us serve you better, please have the following details at hand:

- Travel dates, flight numbers and itinerary
- Copy of ticket and boarding pass or E-Ticket$^{SM}$ receipt
- Name, street or email address and telephone number of the travelers

**Outside the United States**
For contact information outside the United States, visit United worldwide contacts.

| Recent articles | Related articles |
| --- | --- |
| How can I contact Customer Relations? | |

☑ Feedback

mail.verizon.net/webmail/servlet/HttpNimletDriver?inlet=ManageEmailDetailN    7/25/2007



EFiled: Jan 16 2008 9:51AM EST
Transaction ID 18081923
Case No. 08C-01-028 JTV

RE: UA Flight 851V  July 5, 2007
UA Flight 540V  July 17, 2007

To Whom It May Concern:

One of the airline competitors advertises: "They like their customers". My observation
on the United Airlines Flight mentioned above was that a group of 22 people from India
aboard your 2 flights had ordered a vegetarian meal for religious reasons.  I am sure that
United has had many similar requests. However, these particular flights had some errors
concerning these requests from your food distributor. The July 17th flight served 3 meals
for a very long flight (over 12 hours).  The plane had  2 levels.  This implies that your
food service must have been ample with a variety of packed foods (including fruit plates)

The Indian group could not accept two of the three served meals as they included chicken,
and fish.  I observed that the flight attendants were not sympathetic to their client's food
needs.  One flight attendant called one of the Indian travelers "obnoxious" and she
insisted that he stop talking about the incident.  She threatened to request the plane be
landed in Japan and that the FBI would detain them.  I felt this was outrageous as this
was definitely a food issue not a terrorist issue.

Your flight attendants did not try to appease their clients by serving some alternate food.
I felt compelled to suggest to the flight attendant to offer a fruit plate.  The client
rejected the offer. I guess he felt aggravated.  It used to be "The customer was always
right".  It appears now the flight attendants do not have to try to keep their customers
content concerning food issues.  It would help to show that they "like their customers."

Respectfully Submitted,

Anita Feld
1 Independence Road
Bedford, Ma 01730

Cc:Amrut Patel

Exhibit "C"

| Print Message | Close this window |

From Stacho11@aol.com
Date 2007/07/29 Sun PM 09:27:17 CDT
To AmrutPatel@Verizon.net
Subject from Anita Feld (passenger neighbor on United Shanghai to Chicago)

Dear Mr. Patel,
I sat next to you and your wife on your return trip from Shanghai to Chicago. Hoping that your connecting flight was an enjoyable one. I am sending you a attachment of a copy of a letter to :

Mr. Graham W. Atkinson, Executive Vice President and Chief Customer Officer
1200 East Algonquin Road, Elk Grove Village, Illinois 6007

I felt that the food services were insensitive to your group's needs should be noted at an executive level.
Sincerely Yours. Anita Feld (Stacho11@aol.com)

---

Get a sneak peek of the all-new AOL.com.

---

Download Attachment United Airlines.doc

EFiled: Jan 16 2008 9:51A
Transaction ID 18081923
Case No. 08C-01-028 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

AMRUTBHAI PATEL, and NILABEN    *
PATEL,                          *
                                *    C.A. No.:
            Plaintiffs,         *
                                *
    v.                          *
                                *
UNITED AIR LINES, INC., a       *
Delaware corporation,           *
                                *
            Defendant.          *

AFFIDAVIT PURSUANT TO RULE 3(h)(1)(II)

STATE OF DELAWARE       *
                        *    SS:
COUNTY OF KENT          *

Nicholas H. Rodriguez, attorney for Plaintiffs, hereby certifies in accordance with Rule 3(h)(1)(II) that no special damages are alleged in this cause of action at the present time. If special damages are incurred in the future, documentary evidence of all special damages will be presented to counsel for the Defendant.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
    NICHOLAS H. RODRIGUEZ, ESQUIRE
    Bar I.D. #356
    414 South State Street
    P.O. Box 497
    Dover, Delaware 19903-0497
    (302) 674-0140
    Attorney for Plaintiffs

DATED: 01-16-08
NHR:cef

EFiled: Jan 16 2008 9:51... EST
Transaction ID 18081923
Case No. 08C-01-028 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

AMRUTBHAI PATEL, and NILABEN   *
PATEL,                         *
                               *    C.A. No.:
            Plaintiffs,        *
                               *
     v.                        *
                               *
UNITED AIR LINES, INC., a      *
Delaware corporation,          *
                               *
            Defendant.         *

### PLAINTIFF'S ANSWERS TO FORM 30 INTERROGATORIES

Q.    1.    Give the name and present or last known residential
and employment address and telephone number of each eyewitness to
the incident which is the subject of the litigation.

A.    Plaintiffs Amrutbhai Patel and Nilaben Patel, 131
Dodge Drive, Smyrna, Kent County, Delaware 19977;

members of the group also on the flight identified
by name on Exhibit "A" attached to the complaint;

members of Defendant's flight crew and attendants
on the flight, which names are unknown to Plaintiffs;

Anita  Feld,  1  Independence  Road,  Bedford,
Massachusetts 01730;

all customers of Defendant on the flight.

Q.    2.    Give the name and present or last known residential
and employment address and telephone number of each person who has
knowledge of the facts relating to the litigation.

A.    None other than stated in answer to interrogatory
number 1.

Q.   3.   Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

A.   None.

Q.   4.   Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof.  (In lieu thereof, a copy can be attached.)

A.   See letter of Anita Feld attached to the complaint, designated Exhibit "C".

Q.   5.   Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert.  If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

A.   No expert witnesses have been retained to date.

Q.   6.   Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a. The name and address of all companies insuring the risk;

    b. The policy number(s);

    c. The type of insurance;

    d. The amounts of primary, secondary and excess coverage.

    A. None.

  Q. 7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

    A. **Nilaben Patel:** Dr. Cerney, 1177-A South Governors Avenue, Dover, DE 19904 (302-674-4767); Dr. Ashok Patel, 1055 South Bradford Street, Dover, DE 19901 (302-674-1818).

    **Amrutbhai Patel:** Christiana Hospital, 4755 Ogletown-Stanton Road, Newark, DE 19713 (302-733-1000); Kent General Hospital, 640 South State Street, Dover, DE 19901 (302-744-7081); Dr. Andreas Rauer, 16 Old Rudnick Lane, Dover, DE 19901.

       SCHMITTINGER AND RODRIGUEZ, P.A.

       BY: _____
        NICHOLAS H. RODRIGUEZ, ESQUIRE
        Bar I.D. #356
        414 South State Street
        P.O. Box 497
        Dover, Delaware 19903-0497
        (302) 674-0140
        Attorney for Plaintiff

DATED: 01-16-08
NHR:cef

Untitled                                                                                          1/16/08 9 52 AM

### LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 18081923 |
| **Submitted by:** | Tina L Sanchez, Schmittinger & Rodriguez PA |
| **Authorized by:** | Nicholas H Rodriguez, Schmittinger & Rodriguez PA |
| **Authorize and file on:** | Jan 16 2008 9:51AM EST |

| | |
|---|---|
| **Court:** | DE Superior Court-Kent County |
| **Case Class:** | Civil-Arbitration |
| **Case Type:** | CDBT - Debt/Breach of Contract |
| **Case Name:** | Patel, Amrutbhai vs United Air Lines, Inc. |

| | |
|---|---|
| **Transaction Option:** | Originating Event |
| **Billing Reference:** | A Patel (NHR 07-1174) |

## Documents List

### 9 Document(s)

**Originating Document, 4 Pages  Document ID: 21647712** PDF Format | Original Format

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Complaint | Public | $185.50 | |

Document title:
Pltfs Patel Complaint

**Attached Document, 1 Pages  Document ID: 21647713** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Case Information Statement | Public | $0.50 | |

Document title:
Pltfs Patel Case Information Statement

**Attached Document, 1 Pages  Document ID: 21647714** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Praecipe | Public | $0.50 | |

Document title:
Pltfs Patel Praecipe

**Attached Document, 1 Pages  Document ID: 21647715** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Summons | Public | $0.50 | |

Document title:
Pltfs Patel Summons for service on Def United Air Lines Inc

**Attached Document, 2 Pages  Document ID: 21647716** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Public | $0.50 | |

Document title:
Pltfs Patel Exhibit A attached to Pltfs Complaint

**Attached Document, 2 Pages  Document ID: 21647717** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Public | $0.50 | |

Document title:
Pltfs Patel Exhibit B attached to Pltfs Complaint

**Attached Document, 2 Pages  Document ID: 21647718** PDF Format | Original Format
Related Document ID: 21647712

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Exhibits | Public | $0.50 | |

Document title:

Untitled                                                                                    1/16/08 9:52 AM

Pltfs Patel Exhibit C attached to Pltfs Complaint

**Attached Document, 1 Pages  Document ID: 21647719**    PDF Format  |  Original Format
Related Document ID: 21647712
**Document Type:**                                        Access:          Statutory Fee:    Linked:
Rule 3H Statement                                         Public           $0.50
**Document title:**
Pltfs Patel Affidavit Pursuant to Rule 3(h)(1)(II)

**Attached Document, 3 Pages  Document ID: 21647720**    PDF Format  |  Original Format
Related Document ID: 21647712
**Document Type:**                                        Access:          Statutory Fee:    Linked:
Answer to Form 30 Interrogatories                         Public           $0.50
**Document title:**
Pltfs Patel Answers to Form 30 Interrogatories

Close All

⊟ **Sending Parties (2)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Patel, Amrutbhai | Plaintiff | Rodriguez, Nicholas H | Schmittinger & Rodriguez PA | Attorney in Charge |
| Patel, Nilaben | Plaintiff | Rodriguez, Nicholas H | Schmittinger & Rodriguez PA | Attorney in Charge |

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Patel, Amrutbhai | Plaintiff | Rodriguez, Nicholas H | Schmittinger & Rodriguez PA | Attorney in Charge |
| Patel, Nilaben | Plaintiff | Rodriguez, Nicholas H | Schmittinger & Rodriguez PA | Attorney in Charge |
| United Air Lines, Inc., a Delaware corporation | Defendant | No Answer on File | Firm TBD | N/A |

Close

 LexisNexis®  |  About LexisNexis | Terms & Conditions | Privacy  Customer Support - 1-888-529-7587
Copyright © 2008 LexisNexis®. All rights reserved.

Wed, Jan 16, 2008  10:10 AM

**From:** LexisNexis File & Serve <efile@fileandserve.lexisnexis.com>
**To:** <tsanchez@schmittrod.com>
**Date:** Wednesday, January 16, 2008 9:52 AM
**Subject:** Case: ; Transaction: 18081923 Transaction Receipt

To: Tina L Sanchez
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "File
Only". The details for this transaction are listed below.

Court:      DE Superior Court-Kent County
Case Name:     Patel, Amrutbhai vs United Air Lines, Inc.
Case Number:
Transaction ID:   18081923
Document Title(s):
 Pltfs Patel Complaint (4 pages)
 Pltfs Patel Case Information Statement (1 page)
 Pltfs Patel Praecipe (1 page)
 Pltfs Patel Summons for service on Def United Air Lines Inc (1 page)
 Pltfs Patel Exhibit A attached to Pltfs Complaint (2 pages)
 Pltfs Patel Exhibit B attached to Pltfs Complaint (2 pages)
 Pltfs Patel Exhibit C attached to Pltfs Complaint (2 pages)
 Pltfs Patel Affidavit Pursuant to Rule 3(h)(1)(II) (1 page)
 Pltfs Patel Answers to Form 30 Interrogatories (3 pages)
Authorized Date/Time:  Jan 16 2008  9:51AM EST
Authorizer:    Nicholas H Rodriguez
Authorizer's Organization: Schmittinger & Rodriguez PA
Sending Parties:
 Patel, Amrutbhai
 Patel, Nilaben

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at
1-888-529-7587 (24/7).

Wed, Jan 16, 2008   12:27 PM

**From:** LexisNexis File & Serve <efile@fileandserve.lexisnexis.com>
**To:** <tsanchez@schmittrod.com>
**Date:** Wednesday, January 16, 2008 12:00 PM
**Subject:** Case: 08C-01-028 JTV; Transaction: 18081923 New Case Accepted

---

TO: Tina L Sanchez
Subject: Notice of Accepted New Case

DE Superior Court-Kent County has accepted a transaction in 08C-01-028 JTV. This case, 08C-01-028 JTV,
is now available for subsequent transactions and you may now serve parties in this case via LexisNexis
File & Serve.

The details for this transaction are listed below.

Court:     DE Superior Court-Kent County
Case Name:     Patel, Amrutbhai vs United Air Lines, Inc.
Case Number:     08C-01-028 JTV
Transaction ID:     18081923
Authorized Date/Time:   Jan 16 2008  9:51AM EST
Authorizer:     Nicholas H Rodriguez
Authorizer's Organization: Schmittinger & Rodriguez PA
Sending Parties:
 Patel, Amrutbhai
 Patel, Nilaben

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at
1-888-529-7587 (24/7).

## CERTIFICATE OF SERVICE

I, Melissa L. Rhoads, Esq., hereby certify that on this 13th day of February, 2008, two true

and correct copies of the foregoing Notice of Removal was served via first-class U.S. Mail,

postage pre-paid upon the following counsel of record:

Nicholas H. Rodriguez, Esq.
Schmittinger & Rodriquez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

*Melissa L. Rhoads*
Melissa L. Rhoads, Esq.

JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

`08 - 94`

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Amrutbhai Patel and Nilaben Patel

**DEFENDANTS**

United Air Lines, Inc.

**(b)** County of Residence of First Listed Plaintiff  **Kent**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **New Castle**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 302-674-0140
Nicholas H. Rodriguez, Schmittinger & Rodriguez
414 S. State St., Dover, DE  19903

Attorneys (If Known)         302-658-6400 ext. 22
Melissa Rhoads, Tighe & Cottrell, P.A.
704 King St., Suite 500 Wilm, DE 19801

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC § 1441; 49 U.S.C.A. § 40105
Brief description of cause:
Removal based on a federal question; Warsaw & Montreal Convention govern the rights of passengers on international flights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE  Vaughn
DOCKET NUMBER C.A. No. 08C-01-028

DATE  2/13/08

SIGNATURE OF ATTORNEY OF RECORD  Melissa L. Rhoads

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 8 - 9 4 ___ __

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__2/13/08__
(Date forms issued)

x _____
(Signature of Party or their Representative)

Y. Wendy L. Simpson
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action