IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Amrutbhai Patel, and Nilaben Patel, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-094 -LPS |
| | ) | |
| United Air Lines Inc., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**WHEREAS**, the plaintiff removed this action from the Superior Court of the State of Delaware in and for Kent County.

**WHEREAS**, the plaintiff has failed to execute service pursuant to Rule 4 of the Federal Rules of Civil Procedure and Practice.

At Wilmington, this **21st** day of **July 2008**,

**IT IS THEREFORE HEREBY ORDERED** that, on or before August 4th, 2008, the plaintiff shall show cause why this case should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE