NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

LAW OFFICES
**SCHMITTINGER AND RODRIGUEZ, P.A.**
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

July 30, 2008


The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
District of Delaware
844 North King Street, Lock Box 26
Wilmington, Delaware 19801

RE:   Patel v. United Airlines, Inc.
      C.A. No.:  08-094-LPS

Dear Judge Stark:

I left a voicemail message on your telephone regarding your Order issued on July 21, 2008, indicating that the Plaintiff removed the case and had failed to execute service pursuant to Rule 4. My telephone message was that the case was removed by the Defendant and the Plaintiffs obtained service of process prior to removal when the case was still in the Superior Court for Kent County. I hope this appropriately responds to your Honor's Order. Further, I mentioned that we have strong hopes that this case will be resolved within the next week or so.

Very truly yours,

NICHOLAS H. RODRIGUEZ
BAR I.D. # 356
NHR:cef