# TIGHE & COTTRELL, P.A.

*Attorneys at Law*

704 NORTH KING STREET, SUITE 500
ONE CUSTOMS HOUSE
P.O. BOX 1031
WILMINGTON, DELAWARE 19899

Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
WRITER'S EMAIL: m.rhoads@tighecottrell.com

BRANCH OFFICES:

| | | |
|---|---|---|
| 13 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

August 19, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
District of Delaware
844 N. King Street, Lock Box 26
Wilmington, DE 19801

    Re: **Patel v. United Air Lines, Inc.**
       **C.A. No.: 08-094-LPS**
       **Our File: 9150**

Dear Judge Stark:

  In response to your Order issued on August 5, 2008, Defendant removed this action from Superior Court. Defendant delayed filing a Motion to Dismiss due to the status of ongoing settlement negotiations with Plaintiff. Defendant will file the Motion to Dismiss today. I hope this appropriately responds to your Honor's Order.

                Very truly yours,

                _____
                Melissa L. Rhoads, Esq. (DE ID # 4906)

cc: Nicholas H. Rodriguez, Esq.