IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Amrutbhai Patel, and Nilaben Patel, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 08-094 -LPS |
| | ) |
| United Air Lines Inc., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington, this **20th** day of **August, 2008**:

**IT IS HEREBY ORDERED** that a status teleconference is scheduled for **Monday, August 25th, 2008 at 3:00 P.M.** Counsel for the Plaintiffs shall initiate the teleconference call to **302-573-4573**.

_____
UNITED STATES MAGISTRATE JUDGE