IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Amrutbhai Patel, and Nilaben Patel, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 08-094 -LPS |
| ) | |
| United Air Lines Inc., ) | |
| ) | |
| Defendants. ) | |

### ORDER

And now this **25th** day of **August, 2008**, the Court having held a teleconference with the parties and having scheduled a mediation conference to explore the possibility of settlement,

**IT IS HEREBY ORDERED** that the briefing on defendant's pending Motion to Dismiss ( d.i. 9 ) is stayed until further Order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE