# TIGHE & COTTRELL, P.A.

*Attorneys at Law*

704 KING STREET, SUITE 500
ONE CUSTOMS HOUSE SQUARE
P.O. BOX 1031
WILMINGTON, DELAWARE 19899

Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
WRITER'S EMAIL: m.rhoads@tighecottrell.com

BRANCH OFFICES:

| | | |
|---|---|---|
| 13 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

August 26, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
United States District Court
District of Delaware
844 N. King Street, Lock Box 26
Wilmington, DE 19801

        **Re:** **Patel v. United Air Lines, Inc.**
             **C.A. No.: 08-094-LPS**
             **Our File: 9150**

Dear Judge Stark:

    A mediation conference has been scheduled for the above matter for Tuesday, November 18th, 2008 at 10:00 a.m. I respectfully request that our client, Walt Kopas, VP of Airline Claims, United States Aircraft Insurance Group be permitted to attend the mediation conference via telephone. Mr. Kopas is located in New York, NY.

    If you should require any further information, please feel free to contact me at your convenience. I await Your Honor's decision.

                                    Sincerely,

                                    TIGHE & COTTRELL, P.C.


                                  /s/ Melissa L. Rhoads
                                Melissa L. Rhoads, Esq.  (DE ID #4906)

MLR:wls
cc: Nicholas H. Rodriguez, Esq.